*Menahem Stim* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Irving Galt* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of FRANK Z. SERMAN, Appellant, against EDWARD CORSI, as Industrial Commissioner of the State of New York, Respondent.

Argued February 17, 1947; decided April 10, 1947.

*Menahem Stim* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Irving Galt* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

MYRTLE REESE, as Executrix of DAVID F. REESE, Deceased, Respondent, *v.* JAMES PRINGLE, Defendant, and MILLER PLACE CORPORATION, Appellant.

Argued February 18, 1947; decided April 10, 1947.